No. 92–6044. GANUS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–6062. COFFELT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6095. HILL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6111. GENTRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–6132. DRISCOLL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6187. KLEINSCHMIDT v. UNITED STATES FIDELITY & GUARANTY INSURANCE CO. ET AL. Sup. Ct. Fla. Certiorari denied.

No. 92–6236. SKIDMORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6256. McFARLAND v. BETHLEHEM STEEL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6274. KYE SOO LEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6335. CAULEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6343. WILLMSCHEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6347. VALDEZ MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6371. OBI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6392. BARSKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6415. ROZO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6464. BERKOWITZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.